1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMIR J. GOLDSTEIN, | ) | CASE NO.:  12-CV-03793-JC |
| Plaintiff, | ) ) ) ) | |
| v. | ) ) | ORDER OF DISMISSAL |
| GREAT LAKES EDUCATIONAL LOAN SERVICES, INC. D/B/A EDUCATIONAL LOAN GROUP and DOES 1 through 10 inclusive, | ) ) ) ) ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of their respective clients that pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs to either party.

//
//

Order of Dismissal

/S/ JCL_____
Jennifer C. Limbo, Esq.
Attorney for the Plaintiff
5455 Wilshire Boulevard, Suite 1812
Los Angeles, CA 90036
Tel 323.937.0400
Fax 866.288.9194

/S/ MA_____
Mitchell Albert, Esq.
Attorney for the Defendant
2601 Airport Drive, Suite 345
Torrance, CA 90505
Tel 310.257.9363
Fax 310.257.9360

SO ORDERED:

Date:   November 30, 2012

_____/s/_____
Hon. Jacqueline Chooljian
U.S. Magistrate Judge

Order of Dismissal